UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-62447-CIV-LENARD/O'SULLIVAN

JOHN STAMPOLIS, et al.,
    Plaintiff,

v.

AHB SALES, LLC and HOMELAND
HEALTHCARE, LLC,
    Defendants.
_____/

## ORDER FOLLOWING HEARING ON MOTION

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 148, 4/5/18). Having reviewed the applicable filings and law, having held a hearing in this matter, and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Discovery in Aid of Execution (DE # 148, 4/5/18) is DENIED. With respect to non-parties, Fed.R.Civ.P. 34(c) indicates that "[a]s provided in Rule 45, a nonparty may be compelled to produce documents and tangible things or to permit an inspection." The plaintiff served a Request for Production in Aid of Execution on Stephen Jones and Robert Byrnes. Recent corporate public records indicate that Stephen Jones and Robert Byrnes are no longer associated with the defendant company. Accordingly, a Request for Production is not the appropriate vehicle to obtain records from Stephen Jones and Robert Byrnes.

DONE and ORDERED, in chambers, in Miami, Florida, this 15th day of May, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record